United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF § | |
| § | CIVIL ACTION NO. 1:16-mc-085 |
| § | |
| THE DEPOSITION SUBPOENAS SERVED § | [Civil Action No. 2014-cv-3233-PAB- |
| ON RICARDO SOLIS, OSCAR SALINAS, § | NYM, pending in the United States |
| AND DESI DELEON, § | District Court for the District of Colorado] |
| Movants. § | |

# ORDER

The Court has considered the Notice of Agreement Regarding the Motion to Quash [Doc. No. 5] entered by the parties on February 17, 2016. Therefore, the Motion to Quash Deposition Subpoenas Served on Ricardo Solis, Oscar Salinas, and Desi DeLeon [Doc. No. 1] is hereby denied as moot. The Court will consider the entry of the agreed protective order if the parties choose to file it in this Division; however, the parties would be better advised to file it in the District Court of Colorado where the primary case is pending as that is the court in the best position to interpret and enforce such an order.

Signed this 17th day of February, 2016.

Andrew S. Hanen
United States District Judge